UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RANDALL E. ROGERS, et al.,**

    **Plaintiffs,**

**v.**                                                                     Case No.  8:08-cv-602-T-30TGW

**ADESA INC., et al.,**

    **Defendants.**
_____/

## O R D E R

    The Court has been advised by Magistrate Judge Thomas Wilson that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on October 16, 2008.

                                                                           JAMES S. MOODY, JR.
                                                                           UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record