**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RANDALL E. ROGERS, et al.,**

    **Plaintiffs,**

v.                                                     **Case No.  8:08-cv-602-T-30TGW**

**ADESA INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Stipulated Motion for Court *In Camera* Review and Approval of Release Agreement, and For Dismissal With Prejudice (Dkt. 72), the General Release and Settlement Agreement submitted by the parties for *in camera* review, and the affidavits and time records provided by Plaintiffs' counsel in support of the attorneys' fees and costs sought as a part of the proposed settlement.  The Court, having reviewed the Stipulated Motion, General Release and Settlement Agreement, and supporting affidavits, determines the Settlement Agreement should be approved.

It is therefore ORDERED AND ADJUDGED that:

1.     The Court approves the parties' General Release and Settlement Agreement.

2.     This cause is **DISMISSED with prejudice** with each party to bear his, her or its own attorneys' fees and costs, except to the extent otherwise provided in the parties' Settlement Agreement.

...

3. All pending motions are denied as moot.

**DONE** and **ORDERED** in Tampa, Florida on November 25, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-602.dismissal.frm